ISBE/RCC

#4                                                                              JFP

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Name and address of Plaintiff:                                20 - 232

Abdul Rasheed
P.O. Box 200 SCI Camp Hill
Camp Hill, P.A. 17001-0200

v.

Full name, title, and business address
of each defendant in this action:

1 Daniel Meyers (Pittsburgh Detective)
950 Second Ave (of Pittsburgh Police Dept)
Pittsburgh, PA 15219-3100

2 Sgt. Randy
950 Second Ave
Pittsburgh, P.A. 15219-3100

Use additional sheets, if necessary
Number each defendant.

Plaintiff brings this action against the above named and identified defendants on the following cause of
action:

I.     Where are you now confined? SCI Camp Hill, Pennsylvania

       What sentence are you serving? 20-40 yr

       What court imposed the sentence? Allegheny County

II.    Previous Lawsuits

    A.  Describe any and all lawsuits in which you are a plaintiff which deal with the same facts involved
        in this action.  (If there is more than one lawsuit, describe the additional lawsuits on another piece
        of paper, using the same outline.)

      1.  Parties to this previous lawsuit

        Plaintiffs _____ N/A _____

        Defendants _____

      2.  Court (if federal court, name the district; if state court, name the county) and docket number

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

3. Orlando Harper (Warden)
   950 Second Ave
   Pittsburgh, PA 15219-3100

4. Sgt. Rondaci
   950 Second Ave
   Pittsburgh, PA 15219-3100

3. Name of judge to whom case was assigned _____ N/A _____

4. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

5. Approximate date of filing lawsuit _____ N/A _____

6. Approximate date of disposition _____ N/A _____

B. Prior disciplinary proceedings which deal with the same facts
   involved in this action:

Where?_____

When?_____ N/A _____

Result:_____

_____

III. What federal law do you claim was violated? U.S Const.

14 Amend ; Defamation of character

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

A. Date of event: 6-18-18

B. Place of event: Allegheny County Jail

C. Persons involved--name each person and tell what that person did to you: On 6-18-18 I was falsely accused and Charged with possession of Contraband by Det. Meyers This investigation was Conducted by Sgt Rearoly who gave false Statements that I possessed An illegal Substance. I was told in the RHU at allegheny County Jail by Orlando harper this incident lead to detrimation of my Character and Enhancement in my Federal Sentence

_____

_____

_____

_____

V.   Did the incident of which you complain occur in an institution or place of custody in this District?
If so, where?

_____Allegheny County Jail_____

_____

and answer the following questions:

A.   Is there a prisoner grievance procedure in this institution?
Yes (✓) No ( )

B.   Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( )  No (✓)

C.   If your answer is YES,

1.   What steps did you take? _____ N/A _____

_____

2.   What was the result? _____

_____

D.   If your answer is NO, explain why not: _Because I was Sent to_
_State Prison two days later_____

E.   If there is no prison grievance procedure in the institution, did you complain to prison authorities?
Yes ( )  No ( )

F.   If your answer is YES,

1.   What steps did you take? _____ N/A _____

_____

2.   What was the result? _____

_____

VI.   Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no
cases or statues.

_I would like $2.5 million in monetary Compensation_
_For Actual Damage, mental anguish Pain & Suffering_

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT.

_____                    _____
(Date)                                             (Signature of Plaintiff)