IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABDUL RASHEED | ) | |
| | ) | Civil Action No. 20-232 |
| Plaintiff, | ) | |
| | ) | District Judge Arthur J. Schwab |
| v. | ) | Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| DETECTIVE DANIEL MAYER, | ) | ECF No. 32, 48 |
| ORLANDO HARPER, SERGEANT RANDACI, | ) | |
| SAM PASTOR, ACJ Investigator, | ) | |
| SERGEANT RANDY JUSTICE, and | ) | |
| C.O. John/Jane Does 1-3 | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This civil action was commenced on February 14, 2020 when Plaintiff, Abdul Rasheed, filed a Motion for Leave to Proceed in Forma Pauperis.  ECF No. 1.  The Motion was granted and the Complaint (ECF No. 6) was docketed on February 14, 2020.  The case was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and Local Rules of Court 72.C and 72.D.

The magistrate judge's Report and Recommendation (ECF No. 48), filed on November 23, 2020 recommended that the Motion to Dismiss filed by Defendants Orlando Harper, Sergeant Randy Justice, Daniel Mayer, Sam Pastor and Sergeant Randaci (ECF No. 32) be granted and that Plaintiff's Amended Complaint be dismissed with prejudice. The parties were informed that in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.D.2 of the Local Rules of Court, that they had fourteen (14) days to file any objections.  The parties were further informed that the time for filing objections for unregistered ECF users included an additional three (3) days.  No objections have been filed.

After review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

**AND NOW**, this 14th day of December 2020,

**IT IS HEREBY ORDERED** that the Motion to Dismiss filed by Defendants Orlando Harper, Sergeant Randy Justice, Daniel Mayer, Sam Pastor and Sergeant Randaci (ECF No. 32) is **GRANTED** and that Plaintiff's Amended Complaint is dismissed.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 48) of Magistrate Judge Lenihan, dated November 23, 2020 is adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Clerk shall mark the case **CLOSED**.

BY THE COURT:

s/Arthur J. Schwab
Arthur J. Schwab
UNITED STATES DISTRICT JUDGE

Abdul Rasheed
NL-1346
SCI FAYETTE
48 Overlook Drive
LaBelle, PA 15450